UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTTV, LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>JOHN W. SCOTT,<br><br>             Defendant. | No.  2:14-cv-2563 JAM KJN PS<br><br>ORDER |

On January 22, 2015, in light of defendant's appearance without counsel, this action was assigned to the undersigned for all appropriate pre-trial proceedings pursuant to Local Rule 302(c)(21).  (ECF No. 8.)

Accordingly, IT IS HEREBY ORDERED that:

1.  A status (pre-trial scheduling) conference is set for Thursday April 16, 2015, at 10:00 a.m., in Courtroom No. 25 before the undersigned.  All parties shall appear by counsel or in person if acting without counsel.

2. Not later than fourteen (14) days prior to the status conference, the parties shall meet and confer, and file a joint status report briefly describing the case and addressing the following:

       a.     Service of process;

       b.     Possible joinder of additional parties;

1

      c.      Any expected or desired amendment of the pleadings;

      d.      Jurisdiction and venue;

      e.      Anticipated motions and their scheduling;

      f.      The report required by Fed. R. Civ. P. 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

      g.      Future proceedings, including setting appropriate cut-off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

      h.      Special procedures, if any;

      i.      Estimated trial time;

      j.      Modifications of standard pretrial procedures due to the simplicity or complexity of the proceedings;

      k.      Whether the case is related to any other cases, including bankruptcy;

      l.      Whether a settlement conference should be scheduled;

      m.      Whether counsel will stipulate to the undersigned acting as settlement judge and waive disqualification by virtue of his so acting, or whether they prefer to have a settlement conference conducted before another judge; and

      n.      Any other matters that may add to the just and expeditious disposition of this matter.

3. ***Failure to obey the Federal Rules of Civil Procedure, this court's Local Rules,[1] or an order of this court, may result in dismissal of the action or a judgment of default, monetary sanctions, and/or any other appropriate sanctions.***  Although the court liberally construes the pleadings and filings of *pro se* litigants, they are required to abide by all deadlines and procedural requirements.

////

////

////

---

[1] A copy of the court's Local Rules may be obtained from the Clerk's Office or on the court's website at http://www.caed.uscourts.gov/caednew/index.cfm/rules/local-rules/.

1    IT IS SO ORDERED.

2  Dated: January 26, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE