UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN W. SCOTT,<br><br>　　　　　Defendant. | No. 2:14-cv-2563-JAM-KJN PS<br><br><br>ORDER |

　　　　On April 17, 2015, the court issued an order striking defendant's purported answer filed on January 5, 2015 (ECF No. 5) for failure to comply with the Federal Rules of Civil Procedure. (ECF No. 15.) However, the court granted defendant 21 days to file an amended answer to plaintiff's complaint that complies with the Federal Rules of Civil Procedure, including Federal Rule of Civil Procedure 8. (Id.) Defendant was specifically cautioned that failure to file an amended answer by the required deadline would result in an order directing the Clerk of Court to enter defendant's default, whereupon plaintiff would be permitted to move for a default judgment. (Id.)

　　　　Although the applicable deadline has now passed, defendant failed to file an amended answer to plaintiff's complaint in compliance with the court's order, nor has defendant requested an extension of time to do so.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall enter defendant's default.

2. Within 28 days of the Clerk of Court's entry of default, plaintiff shall move for default judgment. That motion shall be noticed before the undersigned in accordance with Local Rule 230.

IT IS SO ORDERED.

Dated: May 15, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE