UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DirectTV, LLC , <br><br>       Plaintiff, <br><br>v. <br><br>John W. Scott , <br><br>       Defendant. | Case No. 2:14-cv-02563-JAM-KJN <br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED again defendant:

John W. Scott

October 15, 2015                                            MARIANNE MATHERLY, CLERK

                                                                                      By: /s/ K. Zignago, Deputy Clerk